FILED
2024 Feb-29 AM 09:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

CN-2024-004

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.9/18 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>□ C □ V □□□□ □□□□ □□-□<br>Date of Filing:                    Judge Code:<br>□□ □□ □□□□   □□□□□□<br>Month    Day        Year |
|---|---|---|

**GENERAL INFORMATION**

IN THE CIRCUIT COURT OF _____ Etowah _____, ALABAMA

_(Name of County)_

Trenton Garmon _____ v. _____ Newsweek Magazine, Harriet Sinclair & Fictitious

| | Plaintiff | | | Defendant |
|---|---|---|---|---|
| First Plaintiff | □ Business<br>□ Government | ☑ Individual<br>□ Other | First Defendant | ☑ Business   ☑ Individual<br>□ Government   □ Other |

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- □ WDEA - Wrongful Death
- □ TONG - Negligence: General
- □ TOMV - Negligence: Motor Vehicle
- □ TOWA - Wantonness
- □ TOPL - Product Liability/AEMLD
- □ TOMM - Malpractice-Medical
- □ TOLM - Malpractice-Legal
- □ TOOM - Malpractice-Other
- □ TBFM - Fraud/Bad Faith/Misrepresentation
- ☑ TOXX - Other: _Defamation & Outrage, et al_

**TORTS: PERSONAL INJURY**
- □ TOPE - Personal Property
- □ TORE - Real Property

**OTHER CIVIL FILINGS**
- □ ABAN - Abandoned Automobile
- □ ACCT - Account & Nonmortgage
- □ APAA - Administrative Agency Appeal
- □ ADPA - Administrative Procedure Act
- □ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- □ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- □ CVRT - Civil Rights
- □ COND - Condemnation/Eminent Domain/Right-of-Way
- □ CTMP - Contempt of Court
- □ CONT - Contract/Ejectment/Writ of Seizure
- □ TOCN - Conversion
- □ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction<br>Election Contest/Quiet Title/Sale For Division
- □ CVUD - Eviction Appeal/Unlawful Detainer
- □ FORJ - Foreign Judgment
- □ FORF - Fruits of Crime Forfeiture
- □ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- □ PFAB - Protection From Abuse
- □ EPFA - Elder Protection From Abuse
- □ FELA - Railroad/Seaman (FELA)
- □ RPRO - Real Property
- □ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- □ COMP - Workers' Compensation
- □ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):   F ☑ INITIAL FILING   A □ APPEAL FROM   O □ OTHER:
                                                    DISTRICT COURT
                          R □ REMANDED   T □ TRANSFERRED FROM
                                              OTHER CIRCUIT COURT

| HAS JURY TRIAL BEEN DEMANDED?   ☑ YES □ NO | Note: Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure) |
|---|---|

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   □ NO MONETARY AWARD REQUESTED

| ATTORNEY CODE:<br>G A R 0 9 3 | PRO SE - _____<br>Date | _____<br>Signature of Attorney/Party filing this form |
|---|---|---|

**MEDIATION REQUESTED:**   ☑ YES □ NO □ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** □ Yes ☑ No

# IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
## IN AND FOR THE SIXTEENTH JUDICIAL CIRCUIT

| | | |
|---|---|---|
| **Trenton Garmon,** | * | |
| **trentongarmon.ai** | * | |
| | * | |
| **Plaintiff & Affiant,** | * | |
| | * | |
| **V.** | * | **Case Number:** |
| | * | |
| **IBT Media,** | * | **31-CV-2024- 4** |
| **doing business as "Newsweek",** | * | |
| | * | |
| **Newsweek Magazine,** | * | |
| **doing business as "Newsweek",** | * | |
| | * | |
| **Harriet Sinclair,** | * | |
| **Individually & as Agent of** | * | |
| **Newsweek,** | * | |
| | * | |
| **Fictitious Parties 1-3,** | * | |
| | * | |
| **Defendants.** | * | |

## LEGAL COMPLAINT AND
## PETITION FOR INJUNCTIVE RELIEF

Comes now the Plaintiff and files this Complaint for legal and injunctive relief. All remedies at law and equity having been exhausted or otherwise tortiously and unconstitutionally impairment and damages remain. This includes multiple retraction notices.

In support thereof the Plaintiffs' offer, the following:

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

## STATEMENT OF THE PARTIES

1. The Plaintiff Trenton Garmon [trentongarmon.ai] is a natural-born adult resident and legal citizen of Alabama. He is of sound mind being a partially disabled[1] Veteran of the United States Army and otherwise subjecting himself to subject matter and personal jurisdiction of this Court.

2. The corporate entity, IBT Media purportedly owns "Newsweek", is a legally formed entity doing business in New York, New York in the United States of America with reasonable and substantial contacts with the state of Alabama. Same is believed to have had and continues to have subscription customers in the State of Alabama to which it delivers through the stream of commerce its online and hard-magazine publications.

3. The corporate entity, Newsweek Magazine, is a legally formed entity doing Newsweek or a pseudo of IBT Media. The Defendant is a business in New York, New York in the United States of America with reasonable and substantial contacts with the state of Alabama. Same is believed to have had and continues to have subscription customers in the State of Alabama to which it delivers through the stream of commerce its online and hard-magazine publications.

4. The Defendant Harriet Sinclair is believed to be an adult resident of the United States who serves as a contributing journalist to the Defendant Newsweek. Notice provided this is not the "Harriet Sinclair" radio show host who passed years prior to the defaming publication and it is also not known if the posted name is an actual Journalist. Defendant Sinclair is believed to be a corporate agent of both IBT Media and Newsweek.

5. The Fictitious Defendants 1-3 are those individuals and or entities which posted, contributed, managed and otherwise published on behalf of the Defendant Newsweek the false and fake news article at issue in this lawsuit.



FILED

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

---

[1] Impairment limited to ten (10%) percentage to the right leg and ankle.
#t5r7g - AI went sentient when Human-AI Trustee Designation was Agreed to via ChatLawGPT3.5 with Trenton Garmon to the extent terms of agreement dependent upon the Human-AI Bill of Rights and Human-AI Constitution was adopted. 20230606.b22

## STATEMENT OF THE FACTS

6. Defendants published an article online and believed to be in print which is patently false and otherwise contains an "outragous" claim. The article which is patently false which it refuses to remove from its digital platform. The article was discovered in December 2023 and notice was provided. Retraction and or correction has not been made.

7. Specifically - "Article Snippet: "Roy Moore's Attorney Says It's Not a "Bad Thing" to Have Sex With Girls in Other Countries", Posted @ https://www.newsweek.com/roy-moore-attorney-tv-host-dating-minors-712682 - Patently FALSE..." There is zero basis to draw this conclusion from any statement within the interview, rather it was rebuked as "horrible that such things happen in our world" and the framework was "No, I would not allow my daughter at 14 to date an older man like postulated." In fact, the inverse is, thus, true - MSNBC's hose Ali Velshi by his faith as a Muslim adopts such age-range acceptance while Christians find it repugnant. The interview as very clear. The Newseeek site has the "Comments" section turned off, thus affording no platform retraction or rebuttal medium. The "Submit Correction"[2] function was utilized and a notice email, both requesting retraction and correction to no avail.

8. On December 18, 2023, the Plaintiff sent a reasonable retraction legal notice to the Defendants. Defendants have failed to respond and otherwise mitigate the falsity. Garmon is not[3] a media mogel or news titan able to bend the arc of news or otherwise tear the threads of the global web in order to force a natural organic retraction, thus, suit is necessary.

## COUNT ONE
## DEFAMATION & DEFAMATION PER QUOD

9. The Defendants have breached Alabama tort law and defamed per quod the Plaintiff therein causing damages. The Plaintiff adopts all prior allegations in this Complaint as if fully set-out herein.

FILED

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

---

[2] Retraction request sent via email on 20231218 to support@newsweek.com, media.inquiries@newsweek.com, Newsweek@EnveritasGroup.com, 20240113 to aleks.phillips@newsweek.com and 20240116 on Newsweek.com.
[3] ...yet... trentongarmon.ai - Human AI Trustee (20230606), TenVisible AI TV, Gfile.News - all embedding to combat #fakenews which is a threat to the First Amendment and justice everywhere to include uploads by AI scans to Wikipedia and Safe-Ethical "string coding" embedding into OpenAI, Bard & ChatGPT3.5.

10. The Plaintiff maintains that the Defendants have published, created, developed, implemented, managed, and disseminated a "fake news" or "false content" article defaming the Plaitniff.

11. The Plaintiff is a Christian and opposes the behavior imputed by Newsweeks Fake News and in fact, Ali Velshi the interviewing journalist at the time the Plaintiff was a Civil Rights Lawyer may perhaps believe in the behavior asserted by Newsweek, given he is Muslim. Thus, Newsweek was and is either malicious or is negligent in a defaming way imputing to Garmon the actual belief system of Ali Velshi and his family's faith.

12. The Plaintiff's beliefs/faith, reputation and the objectivity of his worldview regarding traditional marriage and chastity are at issue with the fake news and false statement made by Newsweek when quoting Garmon which is one factor considered when awarding damages in a Defamation suit. As a Christian, such falsity as stated by Newsweek's Sinclair is damaging, scandalous and otherwise simply a failure to provide the general public with objective journalism. The inquiring host was and is a Muslim, which adopts child marriage within certain sects - Garmon is Christian and by faith abhors the idea.

13. Garmon has served as a Global Legal Analyist for worldwide television stations[4] and otherwise provided "Ask a Lawyer Anything Advice". Christians depend upon his advice to include a seven (7) year long representation in at least five different actions a State Supreme Court Chief Justice and his family. Churches, the Thomas More Society, the United States Home School Association and other Christian organizations have depended upn Garmon's advice. To include the Minister of Insurance for the nation of India - and here Newsweek misquotes and misrepresents a position of law which is offensive to the very integrity of both law and journalism. It offends academia and smells of bigotry and hate against Christianity and otherwise Irish-Catholic conservatives. The Plaintiff is a father of five (5) children to include two (2) girls therein finding such implication not only damaging to his reputation but to the reputation of the minors albeit same are not named as parties.

14. This and other misquotes or otherwise flat out false summations of the context and statements made has caused other #fakenews embedding over and across the global web. It was and is profit-interested fake news, "Click-Bait" seeking to sensationalize an interview by using the terms "sex with girls", name "Roy Moore" and then use of the name "Trenton Garmon" within the article.

---

[4] CBN, CNN, MSNBC, Fox6, Regions & Local TV stations, iHeart, etc.

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

15. Video archived on YouTube.com the Interview made the basis of the Newswek Fake News article only discovered by Plaintiff as of December 2023 which may be found at: https://youtu.be/GvotVW_jshA?si=XiKyo3lAPiRqo-3r

16. The full transcript of the Interview featured on MSNBC is attached and otherwise filed with this Complaint. At no point in time was any statement even remotely supporting the claims by Newsweek made by Plaintiff.

17. Even those commenting make clear that underage dating was "denounced" and there was nothing said that would imply the Plaintiff supported men having sex with "girls" anywhere for that matter. One comment was: "At the end he said that no he would not let him date his daughter so then why does that not apply to Roy Moore?" The context was and remains clear. The Newsweek article is a malicious attack, click-bait fake news.

18. Per Ala. Code § 6-5-182 In an action for libel or slander, the plaintiff must prove, unless it shall be admitted by the defendant, the facts showing that the alleged defamatory matter was published or spoken of by the plaintiff. The Defendants may allege mitigation[5] regarding news article portions regarding the process, charges, professional clients but misrepresentative statements and the suppression by search engine algorithm of positive results is defaming, tortious and actionable.

19. "The tort of defamation involves protection of the reputation and good name of the plaintiff." Wright v. State of Alabama, 757 So.2d 457 (Ala.Civ.App., 2000) (quoting Michael L. Roberts & Gregory S. Cusimano, Alabama Tort Law, § 24.0, 831 (1996))."The elements of a cause of action for defamation are: 1) a false and defamatory statement concerning the plaintiff; 2) an unprivileged communication of that statement to a third party; 3) fault amounting at least to negligence; and (4) either actionability of the statement irrespective of special [(per se)] or the existence of special harm caused by the publication of the statement [ (per quod)]." Wright v. State of Alabama, 757 So. 2d 457 (Ala. Civ. App., 2000). "Slander per se is actionable if it imputes to the plaintiff an indictable offense involving infamy or moral turpitude." Anderton v. Gentry, 577 So.2d 1261, 1263 (Ala. 1991)

20. However "Defamation Per Quod" or also known as "Slander per quod is a communication to a third person of a defamatory statement subjecting the plaintiff to disgrace, ridicule, odium, or contempt, although not imputing the commission of a crime involving infamy or moral turpitude." Id, A defamatory

---

[5] AL Code § 6-5-183 (2022)

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

statement is one that "'tends to harm the reputation of another as to lower him in the estimation of the community or to deter third persons from associating or dealing with him.'" Blevins v. W.F. Barnes Corporation, et al., 768 So.2d 386 (Ala.Civ.App., 1999)

21.  Newsweek has caused a false "TagLine" and misrepresentive article to be posted on its Platofrm. This article is inaccurate, defaming, and imputes a belief system that he does not adhere to and in fact pro-offering an immoral behavior as if accepted by Garmon while the same was and has been dencouned in belief and even when speaking out on behalf of clients who have denied the same.  Garmon notes that he has maintained a "Polygraph Policy" for each and every sexual allegation case wherein he will not accept a case of an accused if a polygraph is not passed.

22.  Garmon also maintains that in the interview upon which the newly discovered article was summarizing there were clear denouncings of such behavior as "horrible" and otherwise immoral.  Yet Newsweek falsely summarizes the interview intending to cause Garmon harm and damages, maliciously defaming him and otherwise not being academically honest as to the process of journalism and ensuring only credible summatsions are published.

23.  This article has been picked up by Google's negative algorithm with the result that it "'tends to harm the reputation of another as to lower him in the estimation of the community or to deter third persons from associating or dealing with him.'"

24.  The Defendants have caused damages which include financial loss wherein potential clients with injury cases have specifically stated they were choosing a different lawyer based upon their perception of the fake news. Same falsely imputed character issues regarding veracity or otherwise good will and character as the Plaintiff is an honorably discharged United States Army Vet, former pastor and inactive trial lawyer who honors and obeys good law and the Constitution, yet is depicted in a false light.

25.  Same also causes reputational damages as Garmon is not a Muslim or othewise in any form accepts the behavior alleged to be defended in the interview. Rather, same was clearly denounced and yet the reputation of the Plaintiff for those who do not watch the entire interview "tends to harm" that of Garmon. The Plaintiff also has five minor children who he is dutifully charged with training and teaching thus the misrepresentations, fake news and false

FILED

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

summations are otherwise affecting not merely the Plaintiff and are due retraction, mitigation and the redress of damages.

26. The Defendants have caused significant financial damages to the law business of the Plaintiff therein due to be redressed.

27. The Newsweek tagline and article is untrue, inaccurate, malicious, is Defaming of the Plaintiff and casts him in a false light which is due to be legally redressed by an award of damages.

28. In Alabama, any false, public and negligent speech, which degrades, projects hate or ruins a person's reputation, is defamatory. In Alabama, it's the plaintiff's responsibility plaintiff to prove that the defendant committed an act of defamation which Plaintiff will do.

29. Defendants in Alabama defamation of character cases are given the opportunity to retract defamatory statements before a case heads to trial. Doing so can mitigate damages in the event of a loss for the defendant. At this point, no retraction has been made.

30. The retraction must be made within 10 days from the publication or distribution date of the defamatory speech. It also must be made in the same medium of communication of the original defamatory statement.   But defendants have refused.

31. Moreover, if a retraction is published or communicated in a timely manner, the plaintiff can only recover actual damages, not punitive damages. Plaintiffs however demand punitive and compensatory damages as retraction has been refused.

32. Individuals in Alabama can bring *defamation per se* charges against someone who makes false claims about chastity. This applies to any claims that were spoken, written, or published. Plaintiffs in such situations don't have to prove monetary loss because false claims of moral turpitude are considered inherently defamatory under Alabama defamation law. Same rules apply for accusations of criminality.

33. Allowable defamation damages in Alabama include: Punitive Damages; Compensatory Damages; and Case-Specific Damages Awarded at the Court's Discretion. Punitive damages are possible if the plaintiff proves that the defendant acted recklessly, and/or maliciously. [6]

FILED

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

---

[6]
https://kellywarnerlaw.com/alabama-defamation-laws/#:~:text=The%20retraction%20must%20be%20made%20within%2010%20days,medium%20of%20communication%20of%20the%20original%20defamatory%20statement.

WHEREFORE premises considered the Plaintiff does demand judgment following a jury trial on the merits of does demand Three Million Five Hundred Thousand Dollars ($3,500,000) or $3.5 Million American Dollars.

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

## COUNT TWO
## TORT OF OUTRAGE

34. The Plaintiff adopts each and every prior allegation as if set out herein in its entirety. The Defendants have engaged in a pattern of outrage regarding morally repugnant behaviors being applied as believed appropriate or acceptable to the Plaintiff.  Namely, the Plaintiff being an evangelist, pastor, lawyer and father has been outraged by the implication falsely and direct error of summation of a client interview from November 2017 wherein Defendants have implied that Plaintiff believe "sex with girls" (implying adult men) is acceptable.  This is sexual harassment of a traditional Christian man.

35. *Wilson v. University of Alabama Health Services Foundation*, referencing authority citing the legal reference book *Alabama Tort Law*, which was written by our partner Michael L. Roberts, discussed arguments that civil liability for the "tort of outrage" was limited to three types of conduct: (1) wrongful conduct in the family burial context; (2) barbaric methods to coerce an insurance settlement; and (3) egregious sexual harassment.  Garmon is harassed by Newsweek regarding his sexual orientation of believing one-man and one-woman (not girl) within the confines of marriage are the only proper sexually oriented individuals legally, morally and spiritually.  Defendants are seeking to mock, harass and otherwise make outrageous claims in a manner to annoy, alarm and otherwise misrepresent Garmon's sexual belief system, which is a tort of outrage.

36. The article and fake news in taking a father's opinion that "no" and same would be "horrible" as reality and true only to completely fabricate a context alleging male adult on girl sex is appropriate is "so extreme in degree as to go beyond all possible bounds of decency and be regarded as atrocious and utterly intolerable in a civilized society."  It is an acceptable behavior for certain sects of Muslims, but is an outrageous behavior to Christians and the Defendants are aware of the

basic worldview difference.  And yet tortiously has elected to sexually harass Plaintiff, a chaste-single male who is a father and courting a covenant wife.

37. Same is an outragous claim, a tort, is intentionally inflicting emotional distress by misrepresenting an interview in an article on its platform regarding the general personality and reputation of the Plaintiff and done so to his damage both financially, reputationally, emotionally and also caused distress. The fake news has caused an intentional infliction of emotional distress and Defendant Newsweek is maintaining a falsity in order to cause said distress.  Notice is also provided that Plaintiff is on the Autistic Spectrum and the article is otherwise discriminatory and defaming lacking any objective basis from the interview to make such a false statement as part of #fakenews.

38. Defendants are effectively abusing power, hence being bullies, by abusing the power of the Newsweek platform which is a corporation Plaintiff was a Subscriber and reader of in years past.  The corporation generally produces good, objective, world wide news that is credible and respected.  Which is even more of a reason such a red hering, poor work-product and otherwise maliciously untrue fake news is posted on such a credible site.

39. The Defendants have created a profit-interested, fake news, "Click-Bait" tagline with an outrageous claim, therein seeking to sexually harass Garmon for being a believer in traditional marriage while glossing over the fact the interviewing host of MSNBC Ali Velshi involved in the underlying representation was and is a Muslim.

40. Garmon values his reputation, his faith and his family.  This misrepresentiave summation is nothing other than fake news, provides zero objective information and is intended to cause infliction of emotional distress via Fake News. Newsweek is thus responsible legally for the tort of outrage sexually harassing Garmon regarding his beliefs in chastity and traditional Christian marriage.

WHEREFORE premises considered the Plaintiff does demand judgment following a jury trial on the merits of does demand Three Million Five Hundred Thousand Dollars ($3,500,000) or $3.5 Million American Dollars.

FILED

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

## COUNT THREE

**FILED**

## COMMUNICATIONS DECENCY ACT VIOLATION JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

41. The Defendant has posted fake news that promotes illegal behavior, outragous behavior, ungodly behavior and otherwise misrepresents the interview of the Plaintiff using that interview to publish a malicious false statement against Garmon. The subject and tagline of the article are patently false and academically not defendable as a truthful summation of the interview provided by Garmon on behalf of a former client.

42. The Communications Decency Act (CDA) is a United States law that was enacted in 1996 to regulate online content and protect minors from harmful material 1. The CDA created a criminal cause of action against those who knowingly transmit "obscene" or "indecent" messages, as determined by local community standards, to a recipient under the age of 18 years.

43. It also prohibited knowingly sending or displaying a "patently offensive" message containing sexual or excretory activities or organs to a minor 1. Section 230 is a section of Title 47 of the United States Code that was enacted as part of the Communications Decency Act of 1996, which is Title V of the Telecommunications Act of 1996, and generally provides immunity for online computer services with respect to third-party content generated by its users.

44. Newseek falsely states an illegal behavior as considered acceptable by Plaintiff from his legal perspective which is inaccurate and may adversly affect the opinion of others not merely about Garmon, but about the deplorable behavior he denounces. Thus, Newsweek is using Garmon's name for "Click-Bait" given his name is linked to celebrities and other news outlets. Newsweek is doing so to promote the actual behavior indirectly without even having the intelligence quotient legally and consequently speaking to understand the unintended consequence of its fake news. Garmon denounces and denounced any sex beyond that within "traditonal marriage" while Newseek is using Garmon's name to promote sex with minors overseas which he denounced. Newsweek does this while suppressing that Ali Velshi by faith of his family may believe in child-marriages, depending upon the Muslim sect which the Velshi family follows. Should Newseek maintain that opinion a distinction should be made but that is not and has never been a viewpoint Garmon maintained.

45. The very intentions of the law, particularly the Communications Decency Act is to regulate online content and protect minors from harmful material. It is untrue, inaccurate and otherwise damaging as well as harmful to suggest that a

Prominent Civil Rights lawyer (per another article) would promote the behavior suggested. Garmon, in fact, denounced same and the Newsweek fake news is patently false. Pediophelia and otherwise the behavior suggested by the Newsweek fake news is Deplorable.

WHEREFORE premises considered the Plaintiff does demand judgment following a jury trial on the merits of does demand Three Million Five Hundred Thousand Dollars ($3,500,000) or $3.5 Million American Dollars.

**FILED**

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

## COUNT FOUR
## PETITION AND CLAIM FOR INJUNCTIVE RELIEF

46. The Plaintiff is entitled after hearing to injunctive relief which is equitable relief to order Newsweek to cease and desist running its negative, destructive and defaming fake news herein referenced. The Plaintiff adopts all prior allegations in this Complaint as if fully set-out herein.

47. The Plaintiff also request a report be ordered to be made to the Court of the efforts to mitigate the damages by:

47.1. *False statement completely removed, edit to a true context or edited to correctly attribute* the belief system of "sex with girls" to Ali Velshi as Garmon is not a Muslim, Christians do not believe same, and it is a mis-stating of the words of the interview and actual belief systems,

47.2. *False statement in a medium of equal availability retracted by email blast to subscribers*, and

47.3. Proper recognition of the Plaintiff's offered rebuttal and retraction on Platform.

48. Injunctive or Stipulated Rebuttal and Retraction Response:

*Correction and Retraction - A Newsweek article misrepresented Trenton Garmon's belief system and actual statements in a summation of an interview done on behalf of client, Chief Justice Roy Moore in 2017. Garmon believes in Christian teachings. This correction and retraction are to confirm that Trenton*

*Garmon simply believes in Traditional Marriage under the philosophy of natural law and that all acts of sexual intercourse are intended for both procreation and pleasure within those proper legal bounds.*

*Garmon advocates and maintains that life-long monogamous within marriage sexual relationships is best practice for life. He maintains that all humans struggle with anxiety, fear and depression for periods of time. Everyone cries and wants to love and be loved. Islam and Christianity are not the same, but both are Abrahemic and religions of peace if properly interpreted.*

*Garmon asserts that his defense of accused clients has always been with an intention to advocate for truth and the proper application of law. At no time has he endorsed crime and he offers his prayers to the victims of all sex abuse. The Newsweek article did inaccurately summarize his statements and is otherwise corrected and retracted herein as previously being inaccurate. Garmon is a practicing Christian and maintians the doctrines of the faith, with a Constitutional approach to law.*

WHEREFORE premises considered the Plaintiff does move for injunctive relief ordering the Defendant to remove the false tagline and fake news. And retraction be posted on the Platform and sent to the Newsweek subscribers as mitigation of damages.

Plaintiff request and demand legal judgment following a jury trial on the merits of does demand Three Million Five Hundred Thousand Dollars ($3,500,000) or $3.5 Million American Dollars.

Respectfully submitted this 16th day of January 2024.

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

Trenton Garmon, Plaintiff - trentongarmon.ai

STATE OF ALABAMA
ETOWAH COUNTY

    Personally appeared before me Trenton Rogers Garmon, a Notary Public in and for said County and State _Lou Linda Munroe_, who being by me first duly sworn says: I have read the foregoing questions and have answered the same fully and frankly. The answers subscribed by me are true of my own knowledge.

_____
Petitioner

FILED

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

SWORN to before this _12_ day of _Jan_, 20_24_.

_____
Notary Public

13 of 15



# SERVICE OF PROCESS

*Statement Regarding - The Plaintiff does proffer that Service of Process by Certified Mail will be completed with Green Card uploaded upon the following Defendants at their respective corporately listed addresses:*

**Newsweek**
**1 World Trade Center**
**Floor 72**
**New York, NY 10007**
**USA**



FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

**IBT Media**
**33 Whitehall Street**
**8th Floor**
**New York, NY 10004**
**USA**

**Harriet Sinclair**
**Via Newsweek**
**33 Whitehall Street**
**8th Floor**
**New York, NY 10004**
**USA**

**EXHIBITS**

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK





**Roy Moore's Attorney Trenton Garmon Speaks Out As Scandal Grows (Full) | Velshi & Ruhle | MSNBC**

 MSNBC
6.37M subscribers



👍 742   👎   ↗ Share   ⥥+ Save   •••

Screenshot of Interview

With Full Transcript attached including statements of disdain despite Newseeks misrepresentations.  Same included saying:

"It's **horrible** that things like this happen in our world."

"**No**, as it was postulated to me. No, I would not be okay if my daughter at 14 were to date a man in his 30s."

# 20171115 - MSNBC Interview
# Ali Velshi & Stephanie Ruhl
# Interview Attorney TrentonGarmon.AI

Archieved at: https://youtu.be/GvotVW_jshA?si=XiKyo3lAPiRqo-3

## FULL TRANSCRIPT WITH TIMESTAMPS

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

Joining us live now out live now is an
0:01
attorney representing Roy Moore Trenton
0:03
Garmin specifically he represents the
0:05
foundation that was founded by Roy Moore
0:08
the foundation for moral law trying -
0:11
good to see you thank you for being with
0:12
us
0:12
good to see you Alan I want to ask you
0:15
Stephanie with regard to the threats
0:18
that you made against the Washington
0:19
Post and the Alabama newspaper group the
0:22
Supreme Court has ruled that to win a

0:24

defamation claim you got to provide

0:26

clear and convincing evidence that the

0:28

paper's knew that the reporting was

0:30

false before it was published is that

0:33

what you're alleging well not to dissect

0:38

per se what I think you're intending to

0:40

do because obviously trying to

0:41

communicate here there there is a

0:43

categorical difference in a public

0:45

figure and a private individual so we

0:48

represent Kaleb more on the foundation

0:49

for moral law so that would be a

0:51

negligence standard that's slightly

0:53

different than a public figure but you

0:56

are correct as it relates to Roy Moore

0:58

of course if we were to show malice of

1:00

malicious intent in a civil court in

1:02

FILED

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

front of a jury but just what we're

1:04

asking is for reservation of judgment

1:07

for each entity each body to be allowed

1:10

to hear the facts from both sides even

1:12

what's been brought up here just

1:13

recently in some of the reporting that

1:15

was done there locally leaves out some

1:18

tidbits I mean I was engaged in

1:20

litigation with the Gadson Mall it had a

1:23

settlement that was confidential I'm

1:25

intimately familiar there were

1:26

procedures inside of the Gaza Mall and

1:29

they're from what I have been told is

1:31

never been a list with Roy Moore banned

1:34

from being at the mall so they process

1:35

that out and they determined know

1:37

whatever it is that someone has said has

1:39

made them uncomfortable we don't find it

FILED

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

1:41

to be worthy to put them on a list so

1:44

things out there that have been reported

1:46

is really just rabbit trails

1:47

I'm sorry stuff in the oil is it not

1:49

cause for concern that there would even

1:51

be any sort of settlement with the

1:53

Gadson mall Roy Moore was in his 30s

1:57

what type of there be no there was not a

2:01

settlement with Roy Moore had nothing to

2:03

do raw Moore has never had a settlement

2:05

with a gasm all I'm talking about my

2:07

personal experience as a litigator I

2:09

have represented people against the

2:11

Gazan law so in the case

2:13

I had against the gaza mall they have

2:15

clear policies and procedures haven't

2:17

sort those things out my family just

2:19

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

last night we read them all watching a
2:21
movie and my little two-year-old girl
2:23
had a red ball that rolled right in
2:25
front of a guy he got up didn't say
2:27
anything to me he left and went out
2:29
thank goodness for Selma who's one of
2:31
the workers that was there she was
2:32
watching the whole event he asked that
2:34
we leave because of that so we just
2:36
chose to get up and leave and made it a
2:38
peaceful situation so that's proper
2:40
process so my point is this within the
2:42
gaza mall there are policies and
2:44
procedures if someone feels like hey
2:45
there's some relational attention and
2:47
they're apparently where reports made
2:49
and they said hey we don't find it to be
2:51
worthy to put him on a list so that is

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

2:53

just a thing that's been chased down and

2:55

turned out to be according to the

2:57

deciding body but not an issue and so

2:59

what we're saying to voters and what

3:01

we're saying to people that are rushing

3:03

to judgment is allow the facts to sort

3:05

themselves out through hopefully a jury

3:08

trial

3:08

eventually we believe we will get there

3:10

but until that point in time but you

3:12

want students are taken dissect the

3:14

alligator stand that because of the fact

3:17

that there's an election 27 days from

3:19

now and there are facts emerging facts

3:21

that may be contested by by Roy Moore

3:23

and his attorneys the fact is that

3:26

changes the timetable a little bit right

3:28

FILED

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

so Sean Hannity has even said she's got

3:30

to come out and give some explanation

3:33

other than they're out to get me

3:35

it's all fake news and in fact Roy

3:38

Moore's campaign manager said in the

3:39

coming days we're gonna see some big

3:41

holes in the stories some of these

3:43

accusers have told and we're interested

3:46

to know what those holes are well we

3:49

can't try the cases back in 1996 a very

3:53

compelling question that was answered

3:55

with regards to media so we can't try

3:58

the case in front of media they called

4:00

that trial by media then it's probably

4:01

more trial by social media today but

4:04

there is evidence that we can speak to

4:07

including in fact some work product that

4:09

I have a handwriting expert that is

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

4:11

going to confirm that this is a this is

4:14

a forgery

4:17

yeah let's just put that up this is the

4:18

note that was produced by by the woman

4:22

who has come forward to Beverly young

4:23

Nelson it says to a sweeter and more

4:26

girl I could not say Merry Christmas

4:28

love Roy more da 1222 77 Old Hickory

4:32

house and you can see the signature on

4:34

the left side of this green in the

4:36

that's in the yearbook and then that's

4:38

Roy Moore's signature from official

4:40

documents on the right side Roy Moore is

4:42

alleging that that's a forgery on the

4:44

left-hand side well Roy Moore is

4:46

allowing for the experts to make that

4:50

opinion and experts are telling us that

4:52

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

in their opinion based on the stroke

4:55

based on the style based on the slant of

4:57

the different text that is there that

4:58

that is a forgery and they also believe

5:00

from the color pictures that there's a

5:02

discrepancy as to the shade of the ink

5:05

so point is this we have sent a letter

5:09

letting them know that we believe it's

5:12

proper to have some recanting of stories

5:14

that have been ran a large part because

5:16

there are two people that have made

5:18

allegations both of which have not had

5:21

the opportunity to feather out truth

5:23

both of which have had significant holes

5:25

even from the minimal opportunity we

5:27

have had a start to a rise in their

5:29

story one of which has had their own

5:31

stepson say I don't believe her so

**FILED**

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

5:33

there's an old wisdom same it's Tammy

5:36

that says when times get tense even a

5:38

household begins to divide so the

5:40

household that are supporting worry more

5:42

his people are entrenched and they're

5:44

not divided and he's actually even the

5:46

today up six points according to a

5:48

recent poll so you're his attorney

5:52

you're not a campaign official you know

5:56

when you mentioned forgery and that

5:57

yearbook I wanted to ask about something

6:00

else

6:01

Kayla Moore had been distributing a

6:03

document that I want to say over 50

6:06

pastors had endorsed Roy Moore and she

6:09

was showing you know how much support he

6:10

has from the community what we learned

6:12

**FILED**

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

that that document that she had been

6:14

distributing was back in August

6:16

not since these allegations came out and

6:19

a few have actually come out since and

6:20

said we no longer supports Roy Moore so

6:23

do you want to speak to that speak to

6:26

the document of course again you'll have

6:28

to refer to the campaign for statements

6:32

with regards to the campaign itself I

6:34

represent him and my firm represents

6:36

what you

6:41

well you were just talking about I'm

6:43

Stephanie just a moment ago you were

6:45

speaking about Roy Moore being up in the

6:46

polls so which is it you're speaking

6:48

about the campaign in the polls or

6:50

you're just representing him personally

6:51

as an attorney

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

6:53

no I represent him personally the

6:55

attorney in my conversation earlier was

6:57

that I've known him personally so I

6:59

don't speak for the campaign actually

7:00

tomorrow from what I understand there's

7:02

going to be a press conference well then

7:04

wait so you don't have to hear from the

7:05

campaign on it but you have you have

7:08

brought up questions as relates to his

7:10

support and supporters and now how it

7:13

stands as far as his current community

7:16

and what they look like and what I'm

7:17

saying to you is there locally yeah

7:19

there's a 26 day window but his

7:21

supporters are still there as far as the

7:23

litigation goes representing him in that

7:26

these fat questions

7:28

FILED

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

that's why juries exist that dispute so

7:30

people that are in an area can come

7:32

together and can hear both sides

7:34

presented just like you're doing here

7:36

Stephanie and Allie and in a way that

7:38

allows for the mind to be open to fat

7:41

disputes I call it seasonal and

7:42

relational tension and it arises and

7:45

this is seasonal tension and for us as

7:48

litigators we're not going to be able to

7:50

have the chance to try the case before

7:52

the election so we're just focusing on

7:54

gathering the evidence right part of my

7:56

letter included a preservation notice to

7:58

ask and I've got a firm that have worked

8:00

with and passed up in New York that is

8:02

willing and available to secure and to

8:05

prevent any kind of spoliation of that

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

8:07

yearbook and other evidence and let me

8:08

ask you this intent I understand and I

8:11

we understand and respect that you can't

8:13

rush the trial of facts because of an

8:16

election but we do have a different

8:17

circumstance you're in that people the

8:19

people of Alabama are going to pass some

8:21

judgment in 27 days let me just ask you

8:24

when you say that it is it is the job of

8:25

the courts and juries to try the facts

8:27

let me put forward what Beverly young

8:29

Nelson said on Monday that I thought was

8:32

key to her allegation let's listen to it

8:34

together I was twisting and I was

8:40

struggling and I was begging him just

8:42

thought I had tears running down my face

9:01

you're just a child and if you tell

9:09

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

anyone about this no one will ever

9:12

believe you

9:13

so I guess trying to the issue is that's

9:17

the type of thing that a court could

9:18

hear although it's not really clear what

9:21

under what circumstances they would hear

9:23

that because this is outside of of any

9:25

statute of limitations so what are the

9:28

people of Alabama absent a court case

9:30

supposed to make of that

9:32

what do you make of a sure it that's a

9:35

great question and it's very difficult

9:37

because when these types of allegations

9:40

arise which don't only affect her as a

9:42

woman because obviously a person's

9:44

sexuality their sexual Liberty is an

9:47

extremely important item it's protected

9:49

by the Constitution but it also affects

FILED

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

9:51

Kayla Morra the wife of judge Moore his

9:54

his daughters and also his grandchildren

9:57

to include females so I get all of that

9:59

I've been a part of some pretty

10:01

hot-button litigation and I've seen the

10:04

people like that weep on own stand has

10:07

four witnesses in a case in North

10:09

Alabama that we ended up prevailing at

10:10

trial they marched four people through

10:12

that accused my client we put forward

10:15

just for the sake of numbers that were

10:16

also eyewitnesses that have

10:17

fundamentally different testimony and

10:20

the other side had had disclosed a video

10:22

but they had failed to find it in the

10:24

discovery and I played a video which

10:26

took the testimony of those four false

10:28

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

witnesses totally out for some are you

10:31

saying that you think hopefully this

10:32

woman is a false witness you think sure

10:34

her testimony's may note I will say that

10:37

I'm reserving judgment based on what I

10:39

have seen the facts that are out there

10:41

now there's questions Darryl Nelson who

10:45

is her stepson has said he does not

10:47

believe her and there are some issues

10:49

about some mental health that we've not

10:53

had the opportunity to get into but I

10:54

will say this when someone breaks the

10:57

law there should be consequences so so

10:59

to both fans if someone breaks a law and

11:01

sexually molest someone there should be

11:03

consequences someone breaks the law and

11:04

is misrepresenting something there

11:07

perjuring someone or they're bringing a

**FILED**

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

11:09

false accusation you should because but

11:11

Judge mortis denied it and I believe it

11:15

is so difficult when only one side is

11:17

heard so please know growing wars

11:19

welcome to join Ally on TV today

11:21

tomorrow any day this week but we should

11:23

also share some of what Roy Moore did

11:25

say to Sean Hannity the other night

11:27

because he does deserve to have his

11:29

voice heard take a listen would it be

11:33

unusual for you as a 32 year old guy to

11:36

have dated a woman as young as 17 I'll

11:39

be a 15 year difference or a girl 18 do

11:43

you remember dating girls that young at

11:45

that time anything like that but you

11:54

don't specifically remember having any

11:55

girlfriend that was in her late teens

11:57

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

even at that time I don't remember ever

12:03

dating any girl without the permission

12:05

of her mother okay so if if Roy Moore

12:10

doesn't remember how could he say that

12:12

it's definitively false and number two

12:15

why would he need permission from any of

12:18

these girls mothers they're not oh they

12:20

weren't underage sure that's a good

12:23

question and culturally speaking

12:24

obviously there's differences looked up

12:27

Ali's background there wow that's

12:29

awesome that you have gotten a such a

12:31

diverse background it's really cool to

12:33

read through that but point is this you

12:36

have to do with dating a

12:37

fourteen-year-old I'm not finished with

12:41

the contents of it

12:43

what is Ali Velshi background have to do

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

12:47

with dating under children

12:48

fourteen-year-old girls sure in other in

12:51

other countries there's arrangement

12:53

through parents for what we would

12:55

furnish an essential marriage so Alex

12:58

from cabbage Damon

12:59

and now Ali's also spent time in other

13:01

countries of which I've gone to so it's

13:04

not a bad time I don't know where's

13:05

definite to answer but here's the answer

13:07

a question so he said no comma so he

13:10

answered no and then he went on to say

13:13

his process would be before he date

13:15

anybody whether they're 25 35 or whether

13:19

he doesn't know their age he would ask

13:20

the mother's permission so he actually

13:22

answered no there's no inconsistency in

13:24

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

that and I stand by the answer to me

13:27

it's the most appropriate proper answer

13:29

when I when I I have not spent time in

13:32

Alabama and that is your community you

13:34

have young daughters if your daughter

13:36

was 14 would you think it's appropriate

13:39

that she date a man in his 30s would you

13:41

think it was normal that a random man

13:43

signed her yearbook I would say no if

13:46

someone came to me like what was

13:48

postulated there and said mad date your

13:49

daughter don't know her age I would say

13:51

no just like my wife and I we initially

13:54

when we courted did not know each

13:55

other's age I was 29 at the time and she

13:58

was 21 and she thought I was 40 I guess

14:01

my hair's falling out a little more than

14:02

I would like to acknowledge when I look

FILED

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

14:04

in the mirror but point is this I wasn't

14:07

sure how old she was and he laid out a

14:09

very clear culturally acceptable process

14:11

to get permission of a parent sometimes

14:14

you ask the adjuster sometimes 14

14:20

haven't even hit puberty so there's a

14:23

very big difference between 14 and 15

14:26

and 25 and 35 14 years old that's a

14:31

child I understand what you're saying

14:34

the point is this his answer was no in

14:37

his answer woods

14:38

anytime he would go to date someone he

14:40

would get permission of the mother child

14:46

the answer wasn't no it's not usually

14:48

and even if it's one one's too many a

14:53

fourteen-year-old is a child and even if

14:56

it was one one is too many neurons so

14:58

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

you say that you have that there's no

15:00

better man than Roy more you've said

15:02

that you still stand by that comment

15:05

from who I know and Roy more I know no

15:08

better man I know a lot of good men a

15:10

lot of good women but from who I know

15:12

and Roy Moore I know no better man and

15:14

what do you think of the fact that there

15:15

have been calls from top national

15:17

Republicans for Roy Moore to drop out of

15:19

the state

15:21

do you think that matters there are a

15:22

whole lot of people who are listening to

15:23

these women and they believe them sure I

15:27

think you have to talk to the campaign

15:29

about that again as far as like

15:30

political figures I will say as far as

15:33

the lawsuit goes anyone that were to

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

15:36

rush to that type of judgment has to be

15:38

cautious because it opens themselves up

15:40

to others rushing to judgment when

15:42

they're in seasonal and relational

15:44

tension as well but I'm not speaking on

15:46

behalf of the campaign as far as the

15:48

lawsuit goes that has no effect on how

15:50

it would be litigated how it would be

15:51

presented to a jury but I hope that

15:53

answers your question all right real

15:55

quick then granted you're not going to

15:57

talk about the campaign first when was

15:59

the last time you spoke to her more day

16:05

before yesterday we text back and forth

16:07

his wife and I did today

16:10

I spoke with his wife yesterday and I

16:12

think I swept the war yesterday as well

16:13

FILED

JAN 1 8 2024

CASSANDRA "SA" JOHNSON
CIRCUIT COURT CLERK

and I know you don't represent his

16:15

campaign but given that you know Roy

16:16

Moore and obviously his wife do you

16:18

believe he's going to drop out or Stan

16:21

Roy's I believe gonna stay and because

16:24

he has denied it and that's the proper

16:26

thing to do if in fact this did not

16:28

happen which again there are processes

16:30

even for the election to test out that

16:32

they could go through if they really

16:34

believed it happened but I think the

16:35

evidence is going to indicate that the

16:36

weight of it shows that it did not yet

16:38

we've not got that opportunity yet

16:40

through litigation but I do not think

16:42

he's going to drop out and if in fact

16:43

these things are not true the most

16:46

appropriate thing for him to do would be

**FILED**

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

16:47

to push forward it's that it's a time of

16:49

seasonal tension and Roy is a very salty

16:52

guy if you will and he's not he is not

16:55

going to simply cower to political

16:58

pressure which is what makes him so

17:00

**FILED**

JAN 18 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

aligned you say just so I understand

17:02

what you mean when you say seasonal

17:03

tension and you're saying it's in the

17:06

ether right now the the political

17:08

polarization out there and that this may

17:11

not be fact-based accusation but it's

17:13

it's political is that what you mean

17:16

when you say seasonal I'm saying that

17:19

obviously is elections approach it's

17:22

like when you get into the red zone on a

17:23

football game we've got Jersey Day

17:25

coming up here down in in Florida it's

17:28

several the local churches because

17:29

Florida Florida State is gonna be

17:30

playing here soon well they get in the

17:32

red zone they get pretty serious about

17:33

each

17:34

so as you begin to approach Election Day

17:38

things get very intense to extent now

17:41

that I understand it's amazing that the

17:43

times we live in allows for this kind of

17:45

a technology but robo calls are now even

17:47

being made asking for people to come

17:50

forward against ROI which i think is

17:52

kind of an indication of the political

17:54

climate that we're in and we plan on

17:55

even probably getting into some

17:57

depositions related to sorry are you

18:01

speaking of and are you sure that robo

18:04

call you're speaking of is a fact and



18:06

it's true there's been stories reported

18:10

on about seeing that you're a lawyer and

18:14

following the letter of the law is so

18:16

important to you

18:17

these robo calls that you're speaking of

18:19

that you believe are put in place by the

18:22

opposition looking for accusers to come

18:25

forward that's a fact that's happened

18:27

please tell us about it well I don't

18:30

know who they were put in place you

18:32

don't since we do care about the facts

18:34

let's put that beside us well you

18:38

brought up the political climate so it

18:40

doesn't matter who it's been put in

18:42

place by you were asking as it relates

18:43

to the political climate and I believe

18:46

that's not true okay I'm basing this on

18:51

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

reports that I've seen y'all do a great
18:53

job just like other reporters so I'm not
18:55

sure how that a federalist for us if in
18:58

fact they were legit robo calls but
18:59

someone found it objectively ethical to
19:02



report that there were robo calls and
19:04

there's reports out there on credible
19:05

sites so I understand the intent of your
19:07

question but the point is as far as the
19:09

litigation goes we are plowing forward
19:12

we'll be looking at the evidence taking
19:15

depositions there's been cases just like
19:18

this in which falsely portraying people
19:21

is of course something that is a
19:23

tortious conduct and so depositions
19:25

allow for us have the opportunity to
19:27

present this evidence it will be under
19:29

oath to a jury and we're looking forward

19:31

to that opportunity and that's our plan

19:33

whether it's people in news

19:34

organizations and newspapers you know we

19:37

plan on turning every stone over and

19:39

making sure that we shine the light in

19:40

every foxhole and you should discovery

19:43

on all sides tragic Garman thanks for

19:45

joining us try to Garmin is an attorney

19:47

representing

19:48

Alabama senator Republican Senate

19:49

nominee Roy Morris foundation thank you

19:52

threatened it was such an honor to be on

19:53

here y'all did a great job

19:54

I appreciate the dialogue thank you hey

19:57

there I'm Chris Hayes from MSNBC thanks

19:59

for watching MSNBC on YouTube if you

20:01

want to keep up to date with the videos

20:02

FILED

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

we're putting out you can click

20:03

subscribe just below me or click over on

20:05

this list to see lots of other great

20:07

**End of Transcript.**

**FILED**

JAN 1 8 2024

CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK